

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00521-CV

**IN RE DDAV WATER, LLC**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: August 7, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On July 31, 2019, relator filed a petition for writ of mandamus. Relator also filed a motion for stay of the trial court's July 31, 2019 "Order Granting Defendant, DTB Investments, L.P.'s Emergency Motion to Dissolve Temporary Restraining Order and Motion to Dismiss," which this court granted on July 31, 2019. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on July 31, 2019 is lifted. The motions filed by the real party in interest to lift this court's stay are denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 20019-CI-15029, styled *DDAV Water, LLC v. DTB Investments, L.P.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.